## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN WATERLOO DIVISION

| | | |
|---|---|---|
| LYNNE SEABROOKE, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 10-2028 |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| UPPER IOWA UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

This action was tried by a jury with Magistrate Judge Jon S. Scoles presiding, and the jury has rendered a verdict.  Pursuant to the jury verdict filed on September 16, 2011 (doc. no. 42):

IT IS ORDERED AND ADJUDGED:

That judgment is awarded in favor of Plaintiff Lynne Seabrooke against Defendant Upper Iowa University for damages sustained as a result of Upper Iowa's disability discrimination in the total amount of **THREE HUNDRED SIXTY NINE THOUSAND SEVEN HUNDRED SEVENTY EIGHT DOLLARS** ($369,778.00).

IT IS FURTHER ORDERED AND ADJUDGED:

That judgment is awarded in favor of Plaintiff Lynne Seabrooke against Defendant Upper Iowa University for punitive damages in the amount of **SEVEN HUNDRED FIFTY THOUSAND DOLLARS** ($750,000.00).

Dated September 16, 2011

ROBERT L. PHELPS
CLERK

_____
Deputy Clerk